

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NYKEYA KILBY, individually and on behalf of all others similarly situated,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>CVS PHARMACY, INC.,<br><br>Defendant - Appellee. | No. 12-56130<br><br>D.C. No. 3:09-cv-02051-MMA-KSC<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Southern District of California
Michael M. Anello, District Judge, Presiding

Argued December 2, 2013
Submitted June 8, 2016
San Francisco, California

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

We reverse and remand to the district court to reconsider in light of the

California Supreme Court's opinion in *Kilby v. CVS Pharmacy, Inc.*, 368 P.3d 554

(Cal. 2016).

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

All pending motions for judicial notice are denied as moot.

**REVERSED and REMANDED.**